JC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**
SEP 24 2024 LM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Rose Meacham )
_____ )
Plaintiff(s), )
)
v. CPD, NIH, NSF, )
AAAS, State of IL, )
Department of Agriculture, etc )
Defendant(s). ~~and~~ DHS, IHDA, ILRPP, etc,

Case Number:
**1:24-cv-08839**
Judge Jeffrey I Cummings
Magistrate Judge Jeffrey T. Gilbert
RANDOM / Cat. 1

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Rose Meacham of the county of Cook in the state of IL.

3. The defendant is CPD, NIH, NSF, AAAS, State of IL, etc., whose street address is 1300 West Jackson St., (city) Chicago (county) Cook (state) IL (ZIP) 60607

(Defendant's telephone number) (\_\_\_) – _____

4. The plaintiff sought employment or was employed by the defendant at (street address) 1300 West Jackson St (city) Chicago (county) Cook (state) IL (ZIP code) 60607

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☒ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) ~~September~~ July, (day) 1, (year) 2024.

7.1 (*Choose paragraph 7.1 or 7.2, do not complete both.*)

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ *has* ☐ *has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

        (i) ☐ the United States Equal Employment Opportunity Commission, on or about

        (month)_____ (day)_____ (year)_____.

        (ii) ☐ the Illinois Department of Human Rights, on or about

        (month)_____ (day)_____ (year)_____.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☐ Yes, ☒ No, **but plaintiff will file a copy of the charge within 14 days.**

    It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

  ☐ Yes (month)_____ (day)_____ (year) _____

  ☒ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c) Attached is a copy of the

  (i) Complaint of Employment Discrimination,

   ☐ Yes   ☐ No, but a copy will be filed within 14 days.

  (ii) Final Agency Decision

   ☐ Yes   ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☒ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

(a) ☒ Age (Age Discrimination Employment Act).

(b) ☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☒ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
    (a) ☒ failed to hire the plaintiff.

    (b) ☐ terminated the plaintiff's employment.

    (c) ☐ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ failed to stop harassment;

    (g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

    (h) ☒ other (specify): Refused to coordinate application with Illinois policies regarding treatment of rape/women-specific assault, injuries

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I was raped/assaulted by Professor Zvok cheng at University of IL and I was denied medical care and security to properly protect me from retaliation. My job at UI unlawfully fired me, as did other grocery stores in IL where these injuries made it impossible for me. UI overburdened me intentionally to unlawfully fire me / "push-you-out" which caused such physical harms I now require accommodations but new employers do not want to provide accommodations and illegally fired me to avoid providing them. The State of IL then refuses proper medical care and refuses free housing => more injuries occur during homelessness.

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff. refusal of CPD and then to coordinate the hiring process with my Doctor and refusal to issue proper

15. The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No accommodations

I too am in the lawful age even though qualified.

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.

    (b) ☐ Direct the defendant to re-employ the plaintiff.

    (c) ☐ Direct the defendant to promote the plaintiff.

    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) ☒ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) ☒ Direct the defendant to (specify): finish the hiring process and allow me to apply for the position fairly like all the other applicants please.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☐ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.


_____
(Plaintiff's signature)

__Rose Meacham_____
(Plaintiff's name)

__730 West Lake St._____
(Plaintiff's street address)

(City) __Chicago__ (State) __IL__ (ZIP) __60661__

(Plaintiff's telephone number) (___) – _____

Date: __9-24-24__

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

Rose Meacham )  United States District Court
  Plaintiff )  Northern District of Illinois
)
v. )
)
)
  Defendant )

**COMPLAINT**

Chicago Police Department, NIH, NSF, AAAS, ~~etc.~~ State of Illinois, etc.

The Recruiters and Police at CPD are extremely <u>nice</u> people and this lawsuit is not personal in <u>any</u> way whatsoever. I really enjoyed speaking with CPD during the application process to become a CPD Officer-in-Training.

During my time reporting to CPD the assault and battery cases that happened to me, some of the Officers said I should apply to become an Officer and thought I would be a good team

member. My education and skills would actually make me excellent for a few key aspects of the job and I have <u>a lot</u> of ideas for improving services we offer to rape/assault victims, domestic abuse survivors, disabled citizens and more. My technology background especially makes me an excellent asset for advancing police equipment for surveillance and more. My training as a scientist is perfect for data collection/evidence collection and collecting testimonies from witnesses to help detectives put scenes, incidents together and catch the right criminals. I also have ideas for improving reporting systems for victims who

try to report to police, authorities. I was excited to pass my first exams for the Police Academy and was training for the physical exams.

My lawsuit is about the inhumane abuses that I have suffered while trying to obtain proper medical care, police investigations into the physical assault/rape incidents and other assaults (one on the bus in broad daylight on the way to work, another while walking home from the grocery store) which prevented me unnecessarily from applying to the police when I first tried to do so. My lawsuit is about the inhumane and unfair manner that my rape/assault injuries have been handled and about the <u>very</u>

guidelines in place to handle injuries like rape/assault, on-site work injuries and subsequent disabilities in the medical care systems in Illinois and in the Chicago Police Department.

Women-specific injuries are especially <u>not</u> being treated properly in the hospitals, insurance, medicaid guidelines and Doctors are committing malpractice — as they are ordered to do — by these inhumane and unlawful guidelines and policies.

My lawsuit shows that the CPD is unfairly treating and turning away "disabled" women who have been domestically abused, victims of rape/assault, domestic abuse and onsite work

*[signature]*

injuries.

The policies and guidelines governing CPD, Medicaid, Hospitals, Doctors, CPD, Insurance etc. created by Defendants NIH, NSF, AAAS, Department of Agriculture are horrendously prejudiced, biased and <u>inhumane</u> targetting Women (victims of rape, domestic abuse), disabled people horribly so that we are unable to get the services we need in a timely manner or coordinate with our jobs, future employers for accommodations etc. The proper scientific studies and evidence collection tool kits for police have not been invented yet to catch rapists, domestic abusers, etc. there is "never enough evidence". The proper scientific diagnostic tools for women-specific injuries have not even been invented yet because there are not enough women in STEM and in positions determining which scientific studies are funded and which laws, policies, guidelines are implemented, throughout the country and in CPD, Medicaid,

hospitals, Insurance, Doctors, etc.

In fact, for hundreds of years medications and treatments given to women have never been tested as extensively on rodent models, as the medications and treatments given to men. So women are basically guinea pigs, being given medications and treatments when they are informed that are unsafe and have not been thoroughly tested first. Side-effects are unknown until exhibited in real human subjects, citizens.

Due to these reasons and more, NIH, NSF, AAAS, Department of Agriculture are essential defendants on this case because it shows why "Defendants" CPD are carrying out the policies, guidelines and orders from these governing bodies

to harm and not properly serve Women, Disabled people within the communities.

My case shows this happening specifically to me, as I tried to follow the Invitation from the extremely nice CPD Officers who thought I would be a good addition to the team.

I am hoping that this lawsuit will give CPD permission to allow me to finish my application to join their team, even though I was raped, assaulted.