IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Rose Meacham,

Plaintiff(s),

v.

CPD, et al,

Defendant(s).

Case No. 1:24-cv-08839
Judge April M. Perry

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: On 12/20/2024, the Court dismissed the complaint for failure to state a claim and gave Plaintiff until 1/15/2025 to file an amended complaint. No amended complaint has been filed. Therefore, this case is now terminated. Mailed notice. (jcc,) (Entered: 03/03/2025)

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge

Date: 3/3/2025

Thomas G. Bruton, Clerk of Court

J. Capparelli, Deputy Clerk